UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK            tmm1634
-----------------------------------------------------------X
In re

                                                                             Chapter 13

JILL I. FELDMAN                                                   Case No.: 805-80118-288


                      Debtor(s)                          **NOTICE OF MOTION**
-----------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that the Order dismissing this case shall be presented to the Honorable Stan Bernstein, United States Bankruptcy Judge in chambers, at the Long Island Federal Courthouse, 860 Federal Plaza, Central Islip, New York for the reason and on the ground(s) checked below on **MARCH 9, 2005 at 9:00 a.m.**

      **PLEASE TAKE FURTHER NOTICE**, that if you believe you have sufficient reason why the proposed order of dismissal should not be signed, you must set them forth in detail in writing and mail a copy to the undersigned and also file an additional copy with the Clerk of the Court at the above address *AT LEAST THREE DAYS PRIOR TO THE DATE ON WHICH THEY ARE TO BE PRESENTED*. If you file objections that require a hearing, said hearing will be held on **APRIL 7, 2005 at 10:00 a.m.**

      If no proper objections are timely filed and served, the Order may be signed without a hearing. If the court deems your objections insufficient in law, the Order may be signed without a hearing.

**GROUNDS**
\_\_\_ The petition was filed on 01/07/05 and Schedules were not filed within the 15 day period required under Bankruptcy Code.
\_\_\_ The Debtor failed to file a Plan.
\_X\_ The Debtor has failed to be examined and/or appear at the §341 meeting(s) on the following date(s) 02/16/05
\_X\_ The Debtor has failed to make pre-confirmation payments in an amount: **UNKNOWN** representing \_\_ payment(s).
\_X\_ The Debtor has failed to provide mandatory disclosure pursuant to local Bankruptcy Rule 2003-1.

Dated:  Melville, New York
          February 17, 2005                   /s/ **Michael J. Macco**
                                                  MICHAEL J. MACCO
                                                  CHAPTER 13 TRUSTEE
                                                  135 Pinelawn Road
                                                  Suite 120 South
                                                  Melville, New York 11747
                                                  (631) 549-7900

STATE OF NEW YORK     )
COUNTY OF SUFFOLK    )        ss.:

      PATRICK D. CAMPBELL., being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Suffolk County, New York.

      On February 17, 2005, deponent served the within:

### NOTICE OF MOTION

by depositing a true copy of same, enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

*Office of the United States Trustee*
*Long Island Federal Courthouse*
*560 Federal Plaza*
*Central Islip, NY  11722*

*Jill I. Feldman*
*62 Haven Lane*
*Levittown, NY 11756*

*Richard S. Feinsilver, Esq.*
*Attorney for Debtor*
*One Old Country Road – Suite 125*
*Carle Place, NY 11514*

*EMC Mortgage Corp.*
*c/o Steven J. Baum, PC*
*220 Northpointe Parkway – Suite G*
*Amherst, NY 14228*

                                        **/s/ Patrick D. Campbell**
                                        PATRICK D. CAMPBELL

Sworn to before me this
17th day of FEBRUARY, 2005

**/s/ Michael Vuolo**
NOTARY PUBLIC

Michael Vuolo
Notary Public, State of New York
No. 01VU6071482
Qualified in Queens County
Commission Expires March 18, 2006